UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                   PLAINTIFF

VS.                                                  CRIMINAL ACTION NUMBER: 3:22CR-139-CHB

ANDREW LOPEZ                                                                                DEFENDANT

## O R D E R

This matter came before the undersigned on January 4, 2024, via video conference for arraignment on a Superseding Indictment. Assistant United States Attorneys Emily Lantz and Mac Shannon appeared on behalf of the United States. The defendant appeared on bond with Rob Eggert, retained counsel. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with hearing via video conference. The defendant, through counsel, acknowledged his identity and receipt of the Superseding Indictment. The defendant, through counsel, waived formality of arraignment and entered a plea of **NOT GUILTY** to the charges contained therein.

The defendant shall remain on bond pending further order of the Court.

January 9, 2024

*[signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

:05